UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **AMBER BENNETT** | **CIVIL ACTION NO.** |
| **VERSUS** | **DISTRICT JUDGE** |
| **SHAWDOW HAWK APTS LP** | **MAGISTRATE JUDGE** |

## DIVERSITY JURISDICTION STATEMENT

NOW COMES Plaintiff Amber Bennett, by and through undersigned counsel, and for this, her Diversity Jurisdiction Statement, shows as follows:

Plaintiff Amber Bennett, a natural person, is domiciled in Monroe, Louisiana. Therefore, Ms. Bennett is a citizen of the State of Louisiana.

Defendant Shadow Hawk Apts LP is a limited partnership organized under the laws of New Jersey. It has a limited partner, Jacob Seidenfeld, and a general partner, Shadow Hawk Apts GP, LLC. Jacob Seidenfeld is a natural person who, according to the records of the Louisiana Secretary of State, is domiciled within the State of New Jersey. Shaw Hawk Apts GP, LLC, is a limited liability company organized under the laws of New Jersey with a single member, Jacob Seidenfeld. Consistent with the records from the Louisiana Secretary of State, the New Jersey Secretary of State also reports that Mr. Seidenfeld is domiciled within the State of New Jersey. As such, Defendant Shadow Hawk Apts LP is considered a citizen of the State of New Jersey.

RESPECTFULLY SUBMITTED:

Attorney for Plaintiff,
Matthew D. Hemmer (34300)
MORRIS BART, LLC
601 Poydras St., 24th Floor
New Orleans, LA 70130
Phone:          (504) 599-3339 (direct)
                (504) 599-5557 (paralegal)
Facsimile:      (800)878-8937

Please include all of the following email addresses for electronic service under Fed. R. Civ. Pro. 5:
mhemmer@morrisbart.com;
mjohnson@morrisbart.com; and
ncass@morrisbart.com.


By: /s/ Matthew D. Hemmer
    MATTHEW DONALD HEMMER, NO. LA34300


**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 10th day of February, 2025, served a true and accurate copy for the foregoing upon all counsel of record to this proceeding pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), either by filing it using the Court's electronic-filing system or by sending it by other electronic means that the person consented to in writing. If prior consent was not yet given, consent was sought in the transmittal email with express willingness to forward by alternate means if consent is withheld.

        /s/ Matthew D. Hemmer
        MATTHEW D. HEMMER

2